IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:12cv329

| | |
|---|---|
| JERRY JUSTIN TRENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| RICHARD B. ROBERTS, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Default Judgment [Doc. 28].

Default judgment may not be entered until the Clerk of Court has entered default. Fed.R.Civ.P. 55. That has not been accomplished. Moreover, by Order entered February 14, 2013, the Plaintiff was granted the right to file an Amended Complaint on or before March 1, 2013. The Plaintiff has not done so.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Default Judgment [Doc. 28] is hereby **DENIED**.

Signed: March 14, 2013

Martin Reidinger
United States District Judge