# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:12cv329

| | |
|---|---|
| JERRY JUSTIN TRENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| RICHARD B. ROBERTS, ) | |
| THE STATE OF NORTH CAROLINA, ) | |
| STEVE E. BROOKS, and ) | |
| WAYNE E. JOHNSON, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Notice to the Court [Doc. 33].

On May 1, 2013, this Court ordered the Plaintiff to file proof in the record of this action that he had served the Defendants with copies of the Complaint. The Plaintiff was ordered to comply within five business days or face dismissal of the action.

In response, the Plaintiff filed a document styled as a Notice in which he asks that this action be dismissed without prejudice. The Court will therefore dismiss the action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED** without prejudice.

Signed: May 22, 2013

Martin Reidinger
United States District Judge